IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CV-113-FL

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* HARRISON WILKINS and THE STATE OF NORTH CAROLINA *ex rel.* HARRISON WILKINS, | **FILED UNDER SEAL** |
| Plaintiff, | ORDER |
| v. | |
| EAST CAROLINA ANESTHESIA ASSOCIATES, PLLC f/k/a ANESTHESIA ASSOCIATES OF EASTERN CAROLINA, PLLC. | |
| Defendants. | |

The Governments having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the North Carolina False Claims Act, N.C. Gen. Stat. § 1-608(b)(4)(b), the Court rules as follows:

IT IS ORDERED that:

1. The Relator's Complaint, notice of appearance, the Governments' first, second, third, fourth, fifth and sixth motions to extend the seal period, the Court's orders granting those motions, the Notice of Declination, and this Order shall be unsealed (but not the various memoranda in support of motions);

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the defendants;

1

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of North Carolina, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The United States and the State of North Carolina may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the United States and the State of North Carolina;

6. Should Relator pursue this matter further, all orders of this Court shall be sent to the United States and the State of North Carolina; and

7. Should Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of North Carolina before ruling or granting its approval.

SO ORDERED, this 30th day of April, 2024.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge

2

Case 4:21-cv-00113-FL   Document 29   Filed 04/30/24   Page 2 of 2